UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIREZA GHAZIZAHEDI,       ) | Case No.: C 07-2205 PVT |
| )  Petitioner,             ) | **ORDER SETTING SCHEDULE FOR DEFENDANT'S MOTION TO REMAND, AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v.                         ) | |
| ROSEMARY MEVILLE, et al.,  ) | |
| Respondents,               ) | |

On August 7, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that Defendants shall file their motion to remand no later than August 21, 2007. Plaintiff shall file his opposition no later than September 4, 2007. Defendants shall file their reply no later than September 11, 2007. The motion will be heard at 10:00 a.m. on September 25, 2007.

IT IS FURTHER ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on October 23, 2007.

Dated: August 8, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*