1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 | ALIREZA GHAZIZAHEDI,              )
                                       ) No. C 07-2205 PVT
13 |         Petitioner,               )
                                       )
14 |    v.                             )
                                       )
15 | ROSEMARY MELVILLE, District Director, ) STIPULATION TO DISMISS; AND
     U.S. Department of Homeland Security, ) [PROPOSED] ORDER
16 | Citizenship and Immigration Services, San )
     Francisco District; EMILIO T. GONZALEZ, )
17 | Director of U.S. Department of Homeland )
     Security, Citizenship and Immigration Services; )
18 | MICHAEL CHERTOFF, U.S. Secretary of )
     Homeland Security,                )
19                                     )
                                       )
20 |         Respondents.              )
   _____)

21     Petitioner, by and through his attorney of record, and Respondents, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

23 entitled action without prejudice in light of the fact that the United States Citizenship and

24 Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and

25 agrees to do so within 30 days of the dismissal of this action.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation to Dismiss
C07-2205 PVT                              1

| | |
|---|---|
| 1  Dated: September 17, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | /s/ |
| 5 | ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| 7  Dated: September 17, 2007 | /s/ |
| 8 | ROBERT BAIZER<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/18/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Dismiss
C07-2205 PVT                                    2